# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# GREENEVILE DIVISION

| | |
|---|---|
| **PAM MACPHERSON,**<br><br>   Plaintiff,<br><br>vs.<br><br>**MIRAMED REVENUE GROUP, LLC; and DOES 1 through 10, inclusive,**<br><br>   Defendant. | Case No.: 6:13-cv-01257-HMH<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to FRCP 41a(1), Plaintiff, PAM MACPHERSON, by and though her attorney, hereby voluntarily dismisses the above-entitled case with prejudice.

DATED: August 28, 2013               RESPECTFULLY SUBMITTED,

By: /s/ Chauntel Bland
Chauntel Bland, Esq.
463 Regency Park Drive
Columbia SC 29210
Phone: (803) 319-6262
Fax: (866) 322-6815
chauntel.bland@yahoo.com
*Attorney for Plaintiff,*
*Pam MacPherson*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and mailed a copy to the defendant at the address stated below, which is the last known address of said Defendant, and deposited said envelope in the United States mail.

MIRAMED REVENUE GROUP, LLC
991 Oak Creek Drive
Lombard, Illinois 60148

By: /s/ Chauntel Bland